UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID MAURICE LYONS-BEY, ET AL.,

        Case No. 16-12561

        Plaintiffs,

v.        SENIOR U.S. DISTRICT JUDGE
        ARTHUR J. TARNOW

OAKLAND COUNTY PROSECUTOR'S
OFFICE, ET AL.,        U.S. MAGISTRATE JUDGE
        MONA K. MAJZOUB

        Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [25]; GRANTING MOTION TO QUASH [18]; DENYING AS MOOT MOTION TO SUBSTITUTE [20]; DENYING AS MOOT MOTION FOR RELIEF FROM JUDGMENT [21]**

Plaintiffs filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of their Fourth and Fourteenth Amendment rights. The Court referred all pretrial matters to the Magistrate Judge on March 21, 2017.

On October 17, 2017, the Magistrate Judge issued a Report and Recommendation [25] advising the Court to dismiss the claims of Plaintiffs Lyons-Bey and Willis pursuant to 29 U.S.C. § 1915A; grant the Motion to Quash [18] filed by non-parties Greg Morabito and Utica Police Department; deny as moot Plaintiff Lyons-Bey's Motion to Substitute [20]; and deny as moot Plaintiff Lyons-Bey's Motion for Relief from Judgment [21]. Neither party filed objections to the R&R. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [25] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

 **IT IS ORDERED** that the claims of Plaintiffs Lyons-Bey and Willis are **DISMISSED** pursuant to 28 U.S.C. § 1915A.

 **IT IS FURTHER ORDERED** that the Motion to Quash [18] filed by non-parties Greg Morabito and Utica Police Department is **GRANTED**.

 **IT IS FURTHER ORDERED** that Plaintiff Lyons-Bey's Motion to Substitute [20] is **DENIED AS MOOT**.

 **IT IS FURTHER ORDERED** that Plaintiff Lyons-Bey's Motion for Relief from Judgment [21] is **DENIED AS MOOT**.

 **SO ORDERED**.


 s/Arthur J. Tarnow
 Arthur J. Tarnow
Dated: November 6, 2017 Senior United States District Judge