UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YALAUNDA BUTTS,

    Plaintiff,

v.

OAKLAND COUNTY PROSECUTOR'S OFFICE, ET AL.,

    Defendants.
_____/

Case No. 16-12561

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
MONA K. MAJZOUB

**ORDER ADOPTING REPORT AND RECOMMENDATION [41]; DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS/RELIEF FROM JUDGMENT [32]**

Plaintiff Yalaunda Butts, along with former Plaintiffs David Maurice Lyons-Bey and Dorian Willis, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of their Fourth and Fourteenth Amendment rights. The Court referred all pretrial matters to the Magistrate Judge on March 21, 2017.

On April 2, 2018, the Magistrate Judge issued a Report and Recommendation [Dkt. 41] advising the Court to deny Plaintiff Butts' Motion for Judgment on the Pleadings/Relief from Judgment [32]. None of the parties filed objections to the R&R. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [41] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff Butts' Motion for Judgment on the Pleadings/Relief from Judgment [32] is **DENIED**.

**SO ORDERED**.

Dated: May 8, 2018

s/Arthur J. Tarnow
Arthur J. Tarnow
Senior United States District Judge