UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| YALAUNDA BUTTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OAKLAND COUNTY PROSECUTOR'S<br>OFFICE, ET AL.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | Case No. 16-12561<br><br>SENIOR U.S. DISTRICT JUDGE<br>ARTHUR J. TARNOW<br><br>U.S. MAGISTRATE JUDGE<br>MONA K. MAJZOUB |

**ORDER ADOPTING REPORT AND RECOMMENDATION [47]**

Plaintiff Yalaunda Butts, along with former Plaintiffs David Maurice Lyons-Bey and Dorian Willis, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of their Fourth and Fourteenth Amendment rights. The Court referred all pretrial matters to the Magistrate Judge on March 21, 2017. The Magistrate Judge issued an order to show cause on June 27, 2018, directed to Ms. Butts, who by then was the only remaining Plaintiff.

The Order required Ms. Butts to show cause why her case should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for failing to comply with the Court's March 2, 2018 Order to file an amended complaint on or before April 2, 2018 "identifying her claims and the specific defendants she is suing." (Dkt. 40 pg. 9).

Ms. Butts did not respond to this Order, and only on July 2, 2018, filed her amended complaint.

On November 28, 2018, the Magistrate Judge issued a Report and Recommendation [47] advising the Court Dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order. None of the parties filed objections to the R&R. Fed. R. Civ. P. 72(b)(2).

The Court having reviewed the record, the Report and Recommendation [47] is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED**.

**SO ORDERED**.

s/Arthur J. Tarnow<br>Arthur J. Tarnow<br>Senior United States District Judge

Dated: January 10, 2019